UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: )<br>BFW LIQUIDATION, LLC f/k/a, )<br>BRUNO'S SUPERMARKETS, LLC, )<br>Debtor. )<br>) | CASE NO. 09-00634-BGC-11<br>Chapter 11 |
| WILLIAM S. KAYE, as Liquidating )<br>Trustee of BFW Liquidation, LLC, )<br>Plaintiff, )<br>v. )<br>)<br>FIRST DATA CORPORATION, )<br>Defendant. )<br>) | Adversary Proceeding No. 11-00152 |

## NOTICE OF DISMISSAL

Plaintiff William S. Kaye, as Liquidating Trustee of BFW Liquidation, LLC, pursuant to the Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41(a)(1)(i), hereby voluntarily dismisses this adversary proceeding with prejudice.

Dated this 31st day of August, 2011.

Respectfully Submitted,

FROST BROWN TODD LLC

By      */s/ Jeremy M. Dunn*
    Jeremy M. Dunn
    FROST BROWN TODD LLC
    201 N. Illinois Street, Suite 1900,
    P.O. Box 44961
    Indianapolis, IN 46244-0961
    Tel: (317) 237-3800
    Fax: (317) 237-3900
    Email: jdunn@fbtlaw.com

*Counsel for William S. Kaye, in his capacity as*
*Liquidating Trustee for BFW Liquidation*

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2011, a copy of the foregoing **NOTICE OF DISMISSAL** was sent via first-class, United States Postal Service, postage pre-paid on August 31, 2011 to:

Corporation Service Company
c/o First Data Corporation
40 Technology Parkway South, Suite 300
Norcross, GA 30092

First Data Corporation
Attn: Highest Executive Officer
6200 South Quebec Street
Greenwood Village, CO 80111-4729

Prince Altee Thomas
Fox Rothschild LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103-3222

By  */s/ Jeremy M. Dunn*
Jeremy M. Dunn
FROST BROWN TODD LLC
201 N. Illinois Street, Suite 1900,
P.O. Box 44961
Indianapolis, IN 46244-0961
Tel: (317) 237-3800
Fax: (317) 237-3900
Email: jdunn@fbtlaw.com

1045042v1